26cr44 JRT/DLM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2422(b) |
| | 18 U.S.C. § 2251(a) |
| v. | 18 U.S.C. § 2251(e) |
| | 18 U.S.C. § 2252(a)(4)(B) |
| TEODROS RAYMOND PLUNTZ, | 18 U.S.C. § 2253(a) |
| | 18 U.S.C. § 2253(b) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Coercion and Enticement of a Minor)

On or about February 10, 2024, in the State and District of Minnesota, the defendant,

**TEODROS RAYMOND PLUNTZ,**

attempted to and did knowingly use a facility of interstate commerce to persuade, induce, and entice an individual who had not attained the age of 18 years to engage, Minor Victim A, in sexual activity for which the defendant could be charged with a criminal offense, that is, the felony offenses of Criminal Sexual Conduct in the Third Degree, as proscribed by the statutes of the State of Minnesota, Minn. Stat. 609.344.1a(b) and 609.344.2(1), and Criminal Sexual Conduct in the Third Degree, as proscribed by the statutes of the State of Minnesota, Minn. Stat. 609.344.1a(c) and 609.344.2(1), all in violation of Title



*United States v. Teodros Raymond Pluntz*

18, United States Code, Section 2422(b).

## COUNT 2
### (Production of Child Pornography)

On or about October 19, 2024, in the State and District of Minnesota, the defendant,

**TEODROS RAYMOND PLUNTZ,**

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim B to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, recorded visual depictions of the defendant having sexual intercourse with Minor Victim B, knowing or having reason to know that such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cell phone, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| October 19, 2024 | A video file approximately 30 seconds in duration depicting Minor Victim B engaged in a sexual act. |

all in violation of Title 18, United States Code, Section 2251(a) and 2251(e).

*United States v. Teodros Raymond Pluntz*

## COUNT 3
**(Coercion and Enticement of a Minor)**

Between on or about October 19, 2024, in the State and District of Minnesota, the defendant,

**TEODROS RAYMOND PLUNTZ,**

attempted to and did knowingly use a facility of interstate commerce to persuade, induce, and entice an individual who had not attained the age of 18 years, Minor Victim B, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, the felony offenses of Criminal Sexual Conduct in the Third Degree, as proscribed by the statutes of the State of Minnesota, Minn. Stat. 609.344.1a(b) and 609.344.2(1), and Criminal Sexual Conduct in the Third Degree, as proscribed by the statutes of the State of Minnesota, Minn. Stat. 609.344.1a(c) and 609.344.2(1), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT 4
**(Production of Child Pornography)**

On or about March 7, 2025, in the State and District of Minnesota, the defendant,

**TEODROS RAYMOND PLUNTZ,**

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim C to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, recorded visual

*United States v. Teodros Raymond Pluntz*

depictions of Minor Victim C performing oral sex on the defendant, knowing or having reason to know that such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cell phone, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| March 7, 2025 | A video file approximately 1 minute and 10 seconds in duration depicting Minor Victim C engaged in a sexual act. |

all in violation of Title 18, United States Code, Section 2251(a) and 2251(e).

## COUNT 5
### (Coercion and Enticement of a Minor)

On or about March 7, 2025, in the State and District of Minnesota, the defendant,

**TEODROS RAYMOND PLUNTZ,**

attempted to and did knowingly use a facility of interstate commerce to persuade, induce, and entice an individual who had not attained the age of 18 years, Minor Victim C, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, the felony offense of Criminal Sexual Conduct in the Third Degree, as proscribed by the statutes of the State of Minnesota, Minn. Stat. 609.344.1a(c) and 609.344.2(1), all in violation of

*United States v. Teodros Raymond Pluntz*

Title 18, United States Code, Section 2422(b).

## COUNT 6
### (Production of Child Pornography)

On or about April 6, 2025, in the State and District of Minnesota, the defendant,

**TEODROS RAYMOND PLUNTZ,**

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim D to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, recorded visual depictions of Minor Victim D performing oral sex on the defendant, knowing or having reason to know that such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cell phone, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| April 6, 2025 | A video file approximately 10 seconds in duration depicting Minor Victim D engaged in a sexual act. |

all in violation of Title 18, United States Code, Section 2251(a) and 2251(e).

*United States v. Teodros Raymond Pluntz*

## COUNT 7
### (Coercion and Enticement of a Minor)

On or about April 6, 2025, in the State and District of Minnesota, the defendant,

**TEODROS RAYMOND PLUNTZ,**

attempted to and did knowingly use a facility of interstate commerce to persuade, induce, and entice an individual who had not attained the age of 18 years, Minor Victim D, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, the felony offense of Criminal Sexual Conduct in the Third Degree, as proscribed by the statutes of the State of Minnesota, Minn. Stat. 609.344.1a(c) and 609.344.2(1), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT 8
### (Production of Child Pornography)

On or about September 13, 2025, in the State and District of Minnesota, the defendant,

**TEODROS RAYMOND PLUNTZ,**

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim E to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, recorded visual depictions of the defendant having sexual intercourse with Minor Victim E, knowing or having reason to know that such visual depictions were

*United States v. Teodros Raymond Pluntz*

produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cell phone, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| September 14, 2025 | A video file approximately 31 seconds in duration depicting Minor Victim E engaged in a sexual act. |

all in violation of Title 18, United States Code, Section 2251(a) and 2251(e).

## COUNT 9
**(Coercion and Enticement of a Minor)**

On or about September 13, 2025, in the State and District of Minnesota, the defendant,

**TEODROS RAYMOND PLUNTZ,**

attempted to and did knowingly use a facility of interstate commerce to persuade, induce, and entice an individual who had not attained the age of 18 years, Minor Victim E, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, the felony offenses of Criminal Sexual Conduct in the First Degree, as proscribed by the statutes of the State of Minnesota, Minn. Stat. 609.342.1a(c)(ii) and 609.342.2(a)-(b), and Criminal Sexual Conduct in the Third Degree, as proscribed by the statutes of the State of Minnesota, Minn. Stat. 609.344.1a(c) and 609.344.2(1), all in violation of Title 18, United States Code, Section 2422(b).

*United States v. Teodros Raymond Pluntz*

## COUNT 10
### (Possession of Child Pornography)

On or about September 22, 2025, in the State and District of Minnesota, the defendant,

**TEODROS RAYMOND PLUNTZ,**

did knowingly possess one or more matters that contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate commerce, by any means, including by internet, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including, but not limited to, the following enumerated video files:

| File Name: | Descriptions |
| --- | --- |
| FullSizeRender(34).mov | A video depicting Minor Victim B engaging in sexually explicit conduct. |
| 00826879_Carved.MP4 | A photo depicting Minor Victim B engaging in sexually explicit conduct. |
| 5005.JPG | A photo depicting Minor Victim B engaging in sexually explicit conduct. |
| 138.PNG | A photo depicting Minor Victim B engaging in sexually explicit conduct. |
| IMG_1958.JPG | A photo depicting Minor Victim B engaging in sexually explicit conduct. |
| IMG_1964.JPG | A photo depicting Minor Victim B engaging in sexually explicit conduct. |
| IMG_2490.MP4 | A video depicting Minor Victim C engaging in sexually explicit conduct. |
| IMG_2868.MP4 | A video depicting Minor Victim D engaging in sexually explicit conduct. |
| trim_D6C8A574-5223-41FF-AFBA-66FA5DC79B4D.mp4 | A video depicting Minor Victim E engaging in sexually explicit conduct. |

all in violation of Title 18, United States Code, Sections 2252(a)(4)(B).

## FORFEITURE ALLEGATIONS

Counts 1 through 10 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 2253(a) and 2428.

If convicted of any of Counts 1, 3, 5, 7, or 9, the defendant shall forfeiture to the United States pursuant to Title 18, United States Code, Section 2428:

(1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and

(2) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violations.

If convicted of any of Counts 2, 4, 6, 8, or 10 , the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1)  any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(2)   any property, real or personal, constituting or traceable to gross

*United States v. Teodros Raymond Pluntz*

profits or other proceeds obtained from such offense; and

  (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

The property subject to forfeiture includes, but is not limited to an Apple iPhone with Serial No. K49WMX035X.

If the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461.

        A TRUE BILL

_____  _____
UNITED STATES ATTORNEY    FOREPERSON